1
2
3
4
5
6
7
8                                 UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11     FREDERICK RENAE CARTER,                    1:25-cv-00660-SAB (PC)

12                  Plaintiff,

13          v.                                    ORDER TRANSFERRING CASE TO THE
                                                  SACRAMENTO DIVISION OF THE
14     D. HENRY, et al.                           EASTERN DISTRICT OF CALIFORNIA

15                  Defendant.

16

17          On June 3, 2025, Plaintiff, a state prisoner proceeding pro se, filed a civil rights action

18     pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis pursuant to 28

19     U.S.C. § 1915.  (ECF Nos. 1, 2.)

20          In his complaint, Plaintiff alleges violations of his civil rights by Defendants.  The alleged

21     violations took place in Sacramento County, which is part of the Sacramento Division of the

22     United States District Court for the Eastern District of California. Therefore, the complaint should

23     have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25     court may, on the Court's own motion, be transferred to the proper court.  Therefore, this action

26     will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

27     proceed in forma pauperis.

28     ///

                                                  1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **June 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2